UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

LaTonya Richardson-Brown,

        Defendant.

Case No. 21-cr-20601
Honorable Robert H. Cleland

## Order of Forfeiture

The United States filed an Application for Entry of Order of Forfeiture for entry of a forfeiture money judgment in this case. The Government's Application is hereby granted.

Under Rule 32.2 of the Federal Rules of Criminal Procedure, 18 U.S.C. § 982(a)(7) and/or 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), and based on the defendant's Rule 11 and guilty plea, the government's Application for Entry of Order of Forfeiture, and the information in the record, **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. The defendant, LaTonya Richardson-Brown, shall forfeit to the United States her interest in all property, real and personal, which constitutes or is derived, directly or indirectly, from gross proceeds traceable to the scheme to commit health care fraud, in violation of 18 U.S.C. § 1347 as charged in

      Count One of the Information.

2. A forfeiture money judgment in the amount of $589,164.47, is granted and entered against the defendant in favor of the United States of America which represents the total value of the property subject to forfeiture for the defendant's violation as set forth in the Information.

3. To satisfy the money judgment, any assets that Defendant has now, or may later acquire, may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2). The United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets under Federal Rule of Criminal Procedure 32.2(b)(3).

4. This Order of Forfeiture shall become final at sentencing and entry of the forfeiture money judgment shall be made part of the defendant's sentence and included in the Judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

5. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated: October 18, 2022                     _s/Robert H. Cleland
                                                      Honorable Robert H. Cleland
                                                      United States District Judge