UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LATONYA RICHARDSON-BROWN,

    Defendant-Movant,

v.

USA,

    Plaintiff-Respondent.
_____/

Case No. 1:24-cv-775

Honorable Jane M. Beckering

**ORDER OF TRANSFER**

On July 29, 2024, Latonya Richardson-Brown, a federal prisoner, filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 motion") in this Court, challenging her conviction and sentence in the United States District Court for the Eastern District of Michigan. (ECF No. 1.)[1]

Section 2255 motions must be filed in the district where the defendant was sentenced. *See In Re Gregory*, 181 F.3d 713, 714 (6th Cir. 1999); *see* 28 U.S.C. § 2255(a) (stating that a defendant-movant "may move the court which imposed the sentence to vacate, set aside or correct the sentence"). When, as is the case here, a district court lacks jurisdiction over a matter, under 28 U.S.C. § 1631, the district court is required to transfer the action to the appropriate federal jurisdiction "if it is in the interest of justice." 28 U.S.C. § 1631; *see Roman v. Ashcroft*, 340 F.3d 314, 328 (6th Cir. 2003).

---

[1] The Clerk will be directed to update the docket to reflect that this action is a § 2255 motion with "510" as the nature of suit.

Here, Ms. Richardson-Brown was convicted and sentenced in the United States District Court for the Eastern District of Michigan, and her § 2255 motion must be filed in that Court. Accordingly, the Court will transfer this action to the United States District Court for the Eastern District of Michigan.

Accordingly,

**IT IS ORDERED** that the Clerk shall update the docket to reflect that this action is a § 2255 motion with "510" as the nature of suit.

**IT IS FURTHER ORDERED** that this case is hereby transferred to the United States District Court for the Eastern District of Michigan.

Dated: August 14, 2024          /s/ Jane M. Beckering
                                Jane M. Beckering
                                United States District Judge